# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

MICHAEL L. TRAFTON,

               Plaintiff,

vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security
Administration,

               Defendant.

CV 17-154-BLG-TJC

**ORDER GRANTING
MOTION TO AMEND
BRIEFING SCHEDULE**

       Defendant has filed an unopposed motion to amend the briefing schedule.

(Doc. 15.)  Good cause appearing, **IT IS ORDERED** that Defendant's responsive

brief shall be filed no later than June 22, 2018.  Plaintiff's reply brief, if any, must

be filed within fourteen (14) days after Defendant's response brief is filed.

       DATED this 25th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge