# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MICHAEL L. TRAFTON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV 17-154-BLG-TJC<br><br>ORDER |

The parties have filed a Stipulated Motion to Remand. (Doc. 18.) Accordingly, IT IS HEREBY ORDERED that this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, an Administrative Law Judge ("ALJ") shall hold a new hearing, update the medical records, and issue a new decision. The ALJ shall also:

(1) reevaluate the medical opinions of record;

(2) further evaluate severity of fibromyalgia;

(3) further develop the record by requesting a neuropsychological consultive examination;

(4) reevaluate Plaintiff's residual functional capacity and reevaluate steps four and five of the sequential evaluation process, obtaining supplemental vocational expert testimony, if necessary.

Plaintiff is also entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412 upon proper request to this Court.

DATED this 21st day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge