UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL L. TRAFTON,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>                Defendant. | Case No. CV-17-154-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED IT IS HEREBY ORDERED that this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated this 21st day of June, 2018.

                                    TYLER P. GILMAN, CLERK

                                    By: <u>/s/ Julie Collins</u>
                                    Julie Collins, Deputy Clerk